RECEIVED
IN ALEXANDRIA, LA
MAR 24 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

ROSA M. GOTCH                            CIVIL ACTION
    Appellant                            NO. 2:08-cv-01236

VERSUS

MICHAEL J. ASTRUE                        JUDGE JAMES T. TRIMBLE, JR.
COMMISSIONER OF SOCIAL SECURITY          MAGISTRATE JUDGE JAMES D. KIRK
    Appellee


## J U D G M E N T

    For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

    IT IS ORDERED that Gotch's appeal be GRANTED and the final Commissioners decision be VACATED and the matter REMANDED for further proceedings.

    THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of March, 2010.

                                            JAMES T. TRIMBLE, JR.
                                            UNITED STATES DISTRICT JUDGE