RECEIVED
IN ALEXANDRIA, LA

APR 3 0 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GOTCH | CIVIL ACTION 8-1236 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| ASTRUE, Commissioner | U.S. MAGISTRATE JUDGE KIRK |

REPORT AND RECOMMENDATION ON ATTORNEY FEES

In this case, plaintiff asks the court for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d), hereinafter "EAJA" [Doc. # 24]. The government's position in this case was not substantially justified and the government does not object to the award of attorney fees.

Claimant seeks an award of fees in the amount of $4162.50 for 27 3/4 hours work at $150 per hour. This court has previously held that an hourly rate of $150 per hour in this legal community is reasonable. Claimant's attorney's hours also appear to be reasonable and the total fee is in line with what this court usually awards in cases such as this. Again, the government does not object to the award or the amount.

## Conclusion

For the foregoing reasons, IT IS RECOMMENDED that attorney's fees in the amount of $4,162.50 be awarded and ordered paid.

## **OBJECTIONS**

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have

fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the district judge at the time of filing. Timely objections will be considered by the district judge before he makes his final ruling. **FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UN-OBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

    THUS DONE AND SIGNED in chambers, in Alexandria, Louisiana, on this the 30th day of April 2010.

JAMES D. KIRK  
UNITED STATES MAGISTRATE JUDGE