RECEIVED
IN ALEXANDRIA, LA.

MAY 1 9 2010

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GOTCH | CIVIL ACTION 8-1236 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| ASTRUE, Commissioner | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no objections to it filed,

IT IS ORDERED that plaintiff be awarded attorney's fees in the amount of $4,162.50 payable on her behalf to her attorney.

Thus done and signed on the 18th day of May, 2010.

_____
Hon. James T. Trimble, Jr.
U. S. District Judge